FILED
CLERK, U.S. DISTRICT COURT
APR -8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8
9
10         UNITED STATES DISTRICT COURT
11         CENTRAL DISTRICT OF CALIFORNIA
12
13
14
15 | UNITED STATES OF AMERICA,    ) Case No. 13-1031M
16 |         Plaintiff,           ) ORDER OF DETENTION AFTER
                                  ) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17 |    v.                        ) Allegations of Violations of Probation or
                                  ) Supervised Release)
18 |                              )
19 | Guillermo Hurtado            )
           Defendant.             )
20

21     In this case involving alleged violations of conditions of probation or
22 supervised release, the Court finds that no condition or combination of
23 conditions will reasonably assure:
24     A.  (✓)   the appearance of the defendant as required; and/or
25     B.  (✓)   the safety of any person or the community.
26
27
28

The Court concludes that :

A. ( ) Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

NO INFO TO PTS

B. (X) Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

NATURE OF ALLEGATION

IT IS ORDERED that defendant be detained.

DATE: April 8, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE